August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-15-00510-CR           V.

ABIGAIL MARIE STUBBS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the order on writ of habeas corpus. The Court orders the judgment **REVERSED** and **REMANDED** for further proceedings in accordance with its opinion.

We order appellant Abigail Marie Stubbs to pay all costs incurred in this appeal.

We further order this decision certified below for observance.